53 A.3d 1208

IN THE MATTER OF ROBERT D. KOBIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015881986).

October 17, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–017, concluding that **ROBERT D. KOBIN** of **SUCCASUNNA,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(b)(failure to keep client reasonably informed about status of matter), *RPC* 1.4(c)(failure to explain matter to extent necessary for client to make informed decisions), *RPC* 1.16(b)(improper withdrawal from representation), *RPC* 1.16(d)(failure to protect client's interests on termination of representation), *RPC* 5.1(b)(failure to supervise subordinate attorney), and *RPC* 8.1(b)(failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ROBERT D. KOBIN** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative cost and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.